HOUSTON E. & W. T. RY. CO. et al. v. UNITED STATES (INTERSTATE COMMERCE COMMISSION et al., Interveners).

(Commerce Court, April 25, 1913.)

No. 67.

Petition by the Houston East & West Texas Railway Company and others against the United States of America, in which the Interstate Commerce Commission, the Railroad Commission of Louisiana, the St. Louis Southwestern Railway Company, and others intervene. On final hearing. Petition dismissed.

For opinion of Interstate Commerce Commission, see Meredith v. St. Louis Southwestern Ry. Co., 23 Interst. Com. Com'n R. 31.

H. A. Scandrett, of Chicago, Ill., and H. M. Garwood, of Houston, Tex., for the petitioners.

Winfred T. Denison, Asst. Atty. Gen. (Thurlow M. Gordon, Sp. Asst. Atty. Gen., on the brief), for United States.

P. J. Farrell, of Washington, D. C., for Interstate Commerce Commission.

Luther M. Walter, of Chicago, Ill. (R. G. Pleasant, Atty. Gen., and W. M. Barrow, Asst. Atty. Gen., on the brief), for Railroad Commission of Louisiana.

E. B. Perkins, of Dallas, Tex., S. H. West and Roy F. Britton, both of St. Louis, Mo., Daniel Upthegrove, of Dallas, Tex., Joseph M. Bryson, of St. Louis, Mo., and Alex. S. Coke and A. H. McKnight, both of Dallas, Tex., for intervening carriers.

Before KNAPP, Presiding Judge, and HUNT, CARLAND, and MACK, Judges.

KNAPP, Presiding Judge. This case involves the same question as Texas & Pacific Ry. Co. v. United States et al., 205 Fed. 380, just decided. For the reasons stated in the opinion in that case, the petition will be dismissed.